IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARVIN RAY BREIER,

     Appellant,

v.

                               Case No.    5D21-1574
                               LT Case No. 2020-CT-2755

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed April 12, 2022

Appeal from the County Court for
Osceola County,
Hal C. Epperson, Jr., Judge.

Matthew J. Metz, Public Defender, and
Robert Jackson Pearce, III, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, NARDELLA and WOZNIAK, JJ., concur.